UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

OCT – 4 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,                )
                                          )
                    Plaintiff,            )
                                          )
vs.                                       )   **4:18CR828 RLW/NCC**
                                          )
JEREMY WINGS,                             )
                                          )
                    Defendant.            )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 1, 2018 in the City of St. Louis, within the Eastern District of

Missouri,

### JEREMY WINGS,

the Defendant herein, having been previously convicted of one or more crimes punishable by a

term of imprisonment exceeding one year, did knowingly possess a firearm, which traveled in

interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
PAUL J. D'AGROSA (#36966MO)
Assistant United States Attorney